## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FIDEL CLARK, | : | No. 27 EM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS AND | : | |
| SUPERINTENDENTS, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2023, the Application for Leave to File Original Process is GRANTED.  The Petition for Writ of Mandamus and the Application for Relief are DISMISSED.